

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00271-CV

| | | |
|---|---|---|
| PAUL REDMOND KEATING, Appellant | § | On Appeal from the 462nd District Court |
| | § | of Denton County (17-8369-431) |
| V. | § | January 20, 2022 |
| BEVERLY CAROLYNN KEATING, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the portions of the final divorce decree related to the amount of spousal maintenance and remand this case to the trial court for a new trial on those issues. We affirm all other aspects of the decree.

It is further ordered that Appellee Beverly Carolynn Keating shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth